UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
BOLIVAR ABREU and ARMANDO GARCIA-CASTILLO, : Case No. 22-CV-495
on behalf of themselves and others similarly situated, : (TAM)
:
Plaintiff, :
:
-against- :
:
20 ST. WHOLESALE INC. d/b/a ON TIME BEVERAGES :
and/or 20 ST. WHOLESALE SODA & BEVERAGES, :
KHALIL IBRAHIM, ABDELRAHMAN IBRAHIM, and :
YAHYA IBRAHIM, :
:
Defendants. :
-----------------------------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL

WHEREAS, on January 27, 2022, Plaintiffs filed a complaint, which asserted claims for, *inter alia*, unpaid minimum wages and overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* ("FLSA"), and the New York Labor Law;

WHEREAS, although commenced as a putative collective action under the FLSA, Plaintiffs did not seek certification and no individuals received notice of this action;

WHEREAS, the parties settled this action based upon arms-length negotiations, the terms of which have been judicially reviewed and are deemed fair and reasonable, and are incorporated herein by reference; and

WHEREAS, the United States District Court for the Eastern District of New York shall retain jurisdiction over all proceedings solely to enforce the terms of the settlement between the parties in this action;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiff and the Defendants that this action is hereby dismissed and discontinued in its entirety with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with no award of counsel fees or costs by the Court to either side.

Dated: New York, New York
September 15, 2022

| CILENTI & COOPER, PLLC | PERVEZ & REHMAN, P.C. |
|---|---|
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| By: _____ | By: _____ |
| Justin Cilenti | Nadia Pervez |
| 60 East 42nd Street – 40th Floor | Aneeba Rehman |
| New York, New York 10165 | 6268 Jericho Turnpike, Unit 8 |
| (212) 209-3933 | Commack, New York 11725 |
| | (631) 427-0700 |

So Ordered   September 29, 2022

_____
Hon. Taryn A. Merkl, U.S.M.J.